IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: TOWN SPORTS INTERNATIONAL HOLDINGS, et al., | : : : : : : : : : : : : : : : : : : : : | Chapter 11 |
| | | Bankr. Case No. 20-12168 (CSS) |
| Debtor. | | BAP No. 21-52 |
| _____ | | |
| TOWN SPORTS INTERNATIONAL HOLDINGS, INC., | | |
| Appellant, | | |
| v. | | C. A. No. 21-1012-MN |
| NEW TSI HOLDINGS, INC., and TOWN SPORTS INTERNATIONAL LLC, | | |
| Appellees. | | |
| _____ | | |

## RECOMMENDATION

At Wilmington this **9th** day of **August, 2021**.

WHEREAS, pursuant to paragraph 2(a) of the Procedures to Govern Mediation of Appeals from the United States Bankruptcy Court for this District dated September 11, 2012, the court conducted an initial review, which included information from counsel, to determine the appropriateness of mediation in this matter;

WHEREAS, as a result of the above screening process, the issues involved in this case are not amenable to mediation and mediation at this stage would not be a productive exercise, a worthwhile use of judicial resources nor warrant the expense of the process.

Although both parties have not engaged in formal mediation, they have

attempted to resolve this dispute.  As a result, the parties agree that mediation would not be productive since they are very far apart in their assessment of the merits of this appeal.

The parties further request that the following briefing schedule be entered:

| | |
|---|---|
| Appellant's Opening Brief/Appendix | September 15, 2021 |
| Appellee's Answering Brief | November 15, 2021 |
| Appellant's Reply Brief | November 30, 2021 |

THEREFORE, IT IS RECOMMENDED that, pursuant to paragraph 2(a) Procedures to Govern Mediation of Appeals from the United States Bankruptcy Court for this District and 28 U.S.C. § 636(b), this matter be removed from the mandatory referral for mediation and proceed through the appellate process of this Court.  No objections are expected to this Recommendation pursuant to 28 U.S.C. § 636(b)(1)(B), FED. R. CIV. P. 72(a) and D. DEL. LR 72.1 since it is consistent with the parties' request.

Local counsel are obligated to inform out-of-state counsel of this Order.

/s/ Mary Pat Thynge
Chief U.S. Magistrate Judge Mary Pat Thynge