IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: TOWN SPORTS INTERNATIONAL, LLC, et al., <br><br> Debtors. | Chapter 11 <br><br> Bankruptcy Case No. 20-12168 (CSS) <br> BAP No. 21-52 |
| TOWN SPORTS INTERNATIONAL HOLDINGS, INC., <br><br> Appellant, <br><br> v. <br><br> NEW TSI HOLDINGS, INC. and TOWN SPORTS INTERNATIONAL LLC, <br><br> Appellees. | C.A. No. 21-1012 (MN) |

## ORDER

At Wilmington, this 10th day of August 2021,

WHEREAS, on August 9, 2021, Chief Magistrate Judge Mary Pat Thynge issued a Recommendation (D.I. 7) recommending that this matter be withdrawn from the mandatory referral for mediation and proceed through the appellate process of this Court;

WHEREAS, no objections to the Recommendation are anticipated because the Recommendation is consistent with the parties' request (D.I. 7 at 2); and

WHEREAS, the Court does not find the Recommendation to be clearly erroneous or contrary to law.

THEREFORE, IT IS HEREBY ORDERED that the Recommendation is ADOPTED and this matter is withdrawn from the mandatory referral for mediation.

IT IS FURTHER ORDERED that the Court ADOPTS and ORDERS the following briefing schedule purposed by the parties (D.I. 7 at 2):

2

Appellants' Opening Brief – September 15, 2021

Appellees' Answering Brief – November 15, 2021

Appellants' Reply Brief – November 30, 2021.

_____
The Honorable Maryellen Noreika
United States District Court