IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> TOWN SPORTS INTERNATIONAL, LLC, et al., <br><br>       Debtors. <br> TOWN SPORTS INTERNATIONAL HOLDINGS, INC., <br>      Appellant, <br><br> v. <br><br> NEW TSI HOLDINGS, INC. and TOWN SPORTS INTERNATIONAL, LLC, <br>      Appellees. | Chapter 11 <br><br> Bankruptcy Case No. 20-12168 (CSS) <br> BAP No. 21-52 <br><br><br> C.A. No. 21-1012 (MN) |

**MOTION OF APPELLEE NEW TSI HOLDINGS, INC.
TO DISMISS BANKRUPTCY APPEAL**

  Appellee New TSI Holdings, Inc. moves to dismiss this appeal for failure to prosecute, pursuant to Rule 8018(a)(4). Appellant has not filed the opening brief due September 15, 2021, under the Order entered August 10, 2021 [D.I. 8].

| | |
|---|---|
| Dated: Wilmington, Delaware <br>    November 2, 2021 | Respectfully submitted, <br><br> */s/ Julia Klein* <br> Julia Klein <br> KLEIN LLC <br> 225 West 14th Street, Suite 100 <br> Wilmington, Delaware 19801 <br> (302) 438-0456 <br> klein@kleinllc.com <br> - and - <br> Jeffrey Chubak (admitted pro hac vice) <br> AMINI LLC <br> 131 West 35th Street, 12th Floor <br> New York, New York 10001 <br> (212) 490-4700 <br> jchubak@aminillc.com <br> *Attorneys for Appellee New TSI Holdings, Inc.* |