IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Town Sports International, LLC, *et al.* | ) | Bankruptcy Case No. 20-12168 (CSS) |
| | ) | |
| Debtors. | ) | |
| _____ | ) | |
| Town Sports International Holdings, Inc., | ) | |
| | ) | |
| Appellant, | ) | Civil Action No. 21-cv-1012 MN |
| | ) | |
| v. | ) | Bankruptcy BAP No. 21-52 |
| | ) | |
| New TSI Holdings, Inc. and Town Sports International Holdings, LLC, | ) | |
| | ) | |
| Appellees. | ) | |

## JOINT STIPULATION OF VOLUNTARY DISMISSAL

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties, pursuant to Federal Rule of Bankruptcy Procedure 8023, that the above-captioned bankruptcy appeal, be dismissed, with each party to bear its own costs and fees.

Date: November 22, 2021

| | |
|---|---|
| **SULLIVAN HAZELTINE ALLINSON LLC** | **KLEIN LLC** |
| | |
| _/s/ William D. Sullivan_ | _/s/ Julia B. Klein_ |
| William D. Sullivan (No. 2820) | Julia B. Klein, Esq. |
| 919 N. Market Street, Suite 420 | 225 West 14th Street, Suite 100 |
| Wilmington, DE 19801 | Wilmington, DE 19801 |
| Tel: 302-428-8191 | (302) 438-0456 |
| Email: bsullivan@sha-llc.com | klein@kleinllc.com |
| | |
| -and- | and |
| | |
| Massimo D'Angelo (Admitted Pro Hac Vice) | Jeffrey Chubak (Admitted Pro Hac Vice) |
| Mark S. Lichtenstein (Admitted Pro Hac Vice) | AMINI LLC |
| AKERMAN LLP | 131 West 35st Street, 12th Floor |
| 1251 Avenue of the Americas, 37th Floor | New York, NY 10001 |
| New York, NY 10020 | (212) 490-4700 |
| 212-880-3800 | jchubak@aminillc.com |
| | |
| *Attorneys for Appellant Town Sports International Holdings, Inc.* | *Attorneys for Appellee New TSI Holdings, Inc.* |